UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SHANON FURLONG,

              Plaintiff,

       -v-                         5:12-CV-223
                                     (DNH/DEP)
CAROLYN W. COLVIN,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

OLINSKY LAW GROUP                HOWARD D. OLINSKY, ESQ.
Attorneys for Plaintiff                    MICHAEL J. TELFER, ESQ.
300 S. State Street
5th Floor, Suite 520
Syracuse, NY 13202

OFFICE OF GENERAL COUNSEL      JOANNE JACKSON, ESQ.
Social Security Administration
Region II
Attorneys for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Plaintiff Shanon Furlong filed this action seeking judicial review of a final decision of the Commissioner of Social Security denying her application for disability insurance benefits and supplemental security income payments. By Report-Recommendation dated July 30, 2013, the Honorable David E. Peebles, United States Magistrate Judge, recommended that defendant's motion for judgment on the pleadings be granted, the Commissioner's

determination of no disability be affirmed, and plaintiff's complaint be dismissed in its entirety. Plaintiff filed timely objections to the Report-Recommendation.

Based upon a de novo determination of the portions of the Report-Recommendation to which plaintiff objected, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. § 636(b)(1).

Accordingly, it is

ORDERED that

1. The Commissioner's decision is AFFIRMED; and

2. Plaintiff's complaint is DISMISSED in its entirety.

The Clerk is directed to file a judgment accordingly.

IT IS SO ORDERED.

United States District Judge

Dated: November 1, 2013
      Utica, New York.